IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROSEZONDA L. MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:14cv464 |
| | ) | |
| MCAP CHRISTIANSBURG, LLC, and | ) | By: Michael F. Urbanski |
| COMMONWEALTH ASSISTED LIVING, LLC, | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Order of Dismissal entered February 6, 2015 (Dkt. # 37) is **VACATED**, defendants' motion to dismiss (Dkt. # 31) is **DENIED**, and plaintiff's motion to dismiss (Dkt. # 34) is **DENIED**.

It is **SO ORDERED**.

Entered: February 10, 2015

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge