# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ROSEZONDA L. MARTIN, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 7:14cv464 |
| v. | ) |
| | ) |
| MCAP CHRISTIANSBURG, LLC, et al., | ) By: Michael F. Urbanski |
| | )     United States District Judge |
| Defendants. | ) |

## ORDER

In accordance with the Memorandum Opinion entered this date, defendants' first motion for summary judgment as to liability (ECF No. 57) is **DENIED,** and defendants' second motion for summary judgment as to damages (ECF No. 59) is **GRANTED**.

The parties are **DIRECTED** to contact chambers (540/857-5124) to schedule a new trial date and a pretrial conference, at which the court will hear argument on the pending motions in limine.

It is **SO ORDERED**.

Entered: October 28, 2015

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge