# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**Rosezonda L. Martin**

vs.

**MCAP Christiansburg, LLC, et al,**

Action No: 7:14CV00464
Date: 5/12/2016
Judge: Michael F. Urbanski, USDJ
Court Reporter: Janeal Mundy
Deputy Clerk: Kristin Ayerseman

Plaintiff Attorney(s)
Terry Grimes, Brittany Haddox

Defendant Attorney(s)
Charles Meyers, Richard Holbrook

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:
Parties present by counsel for PTM's.

Court addresses parties re current trial. Court addresses issues of bifurcation with. Argument on motions. Court rules on record. Order forthcoming. Court addresses issue re transcript of phone messages.

Time in Court: 10:11-11:40  1 hour 29 minutes